# Sheriff's Entry of Service

Civil Action No. <u>CE21-00736</u>          Court: <u>Superior Court 1</u>

| Name and Address of Party to Serve: | Style of the case: |
|---|---|
| **HARVEY, CORNELL**<br>**City Mayor of Brunswick**<br>**Brunswick GA  31520** | **PAUL D LUCAS**<br>**vs.**<br>**CITY OF BRUNSWICK, PAUL GEORGE, ANGELA ELLIOTT, KEVIN JONES, AND CORNELL HARVEY (IN THEIR INDIVIDUAL CAPACITIES)** |

## Entry of Service

**Personal**
I have this day served the defendant _____ personally with a copy of the within action and summons:

**Notorious**
I have this day served the defendant _C. HARVEY_ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _DEP. CLERK Williams_ described as follows age, about_____years; weight, about_____pounds; height, about_____feet and _____ inches, domiciled at the residence of defendant.

**Corporation**
Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non EST**
Diligent search made and defendant _____ not found in the jurisdiction of this Court.

This _22_ day of _June_, 20_21_ at _0943_ a.m./~~p.m.~~

_R. Ellis_
**Deputy Sheriff**

Sworn to and subscribed before me this _____ day of _____

Notary Public, Glynn County, Georgia
My Commission Expires:_____

# Sheriff's Entry of Service

**Civil Action No.** <u>CE21-00736</u>          **Court:** <u>Superior Court 1</u>

| Name and Address of Party to Serve: | Style of the case: |
|---|---|
| **HARVEY, CORNELL**<br>**City Mayor of Brunswick**<br>**Brunswick GA 31520** | **PAUL D LUCAS**<br>**vs.**<br>**CITY OF BRUNSWICK, PAUL GEORGE, ANGELA ELLIOTT, KEVIN JONES, AND CORNELL HARVEY (IN THEIR INDIVIDUAL CAPACITIES)** |

## Entry of Service

**Personal**
I have this day served the defendant _____ personally with a copy of the within action and summons:

**Notorious**
I have this day served the defendant _____*C. HARVEY*_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____*DEP. CLERK WILLIAMS*_____ described as follows age, about_____years; weight, about_____pounds; height, about_____feet and _____ inches, domiciled at the residence of defendant.

**Corporation**
Served the defendant _____a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non EST**
Diligent search made and defendant _____ not found in the jurisdiction of this Court.

This _22_ day of _June_ , 20 _21_ at _0943_ a.m./p.m.

_____*K. Ellis*_____
**Deputy Sheriff**

Sworn to and subscribed before me this _____ day of _____

**Notary Public, Glynn County, Georgia**
**My Commission Expires**:_____

GC SHERIFF'S OFFICE
2021 JUN 18 PM 3:47

# Sheriff's Entry of Service

**Civil Action No.** <u>CE21-00736</u>        **Court:** <u>Superior Court 1</u>

| Name and Address of Party to Serve: | Style of the case: |
|---|---|
| JONES, KEVIN<br>BPD<br>Brunswic GA  31520 | PAUL D LUCAS<br>vs.<br>CITY OF BRUNSWICK, PAUL GEORGE, ANGELA ELLIOTT, KEVIN JONES, AND CORNELL HARVEY (IN THEIR INDIVIDUAL CAPACITIES) |

## Entry of Service

**Personal**
I have this day served the defendant _____ personally with a copy of the within action and summons:

**Notorious**
I have this day served the defendant ___*Kv Jo/65*___ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of ___*Lt. Bobbin*___ described as follows age, about_____ years; weight, about_____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

**Corporation**
Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non EST**
Diligent search made and defendant _____ not found in the jurisdiction of this Court.

This _22_ day of ___June___, 20_21_ at _915_ a.m./~~p.m.~~

_____
_K. Ellis_
**Deputy Sheriff**

**Sworn to and subscribed before me this** _____ **day of** _____ **20____**

**Notary Public, Glynn County, Georgia**
**My Commission Expires**:_____

65

**IN THE SUPERIOR COURT OF GLYNN COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **PAUL D. LUCAS** | ) | |
| | ) | Case No.: CE21-00730 |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| V. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **CITY OF BRUNSWICK,** | ) | |
| **PAUL GEORGE,** | ) | |
| **ANGELA ELLIOT,** | ) | |
| **KEVIN JONES,** | ) | |
| **and CORNELL HARVEY,** | ) | |
| In their individual capacities. | ) | |
| | ) | |
| Defendants | ) | |

---

## COMPLAINT FOR DAMAGES

Paul D. Lucas, Plaintiff, files this complaint for Damages and Demand for jury trial

by showing the following O.C.G.A. 57-7-1 Right of action for false arrest, false

imprisonment and Police Misconduct:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff, Paul D. Lucas, is a legal resident of Glynn county, Georgia

2.     Defendant City of Brunswick ("the city") is a political subdivision of the State

of Georgia and a body corporate organized and existing  under the Constitution of

The State of Georgia. The City can be served at City Hall 601 Gloucester st.

Brunswick, Georgia 31520

1

3.      Paul George is currently an officer at the Camden County Sheriff's Office And can be served at 209 E. 4th. St. Woodbine, Georgia 31569

4.      Angela Elliot is an officer at City of Brunswick and can be served at City of Brunswick Police dept. 206 Mansfield st. Brunswick, Georgia 31520

5.      Kevin Jones is the City of Brunswick Police Chief and can be served at City of Brunswick Police Dept. 206 Mansfield st. Brunswick, Georgia 31520

6.      Cornell Harvey is the current Mayor of The City Of Brunswick and can be served at City Hall 601 Gloucester st. Brunswick, Georgia 31520

7.      On October 2nd, 2019 **Ante Litem Notice of Claim** was hand delivered to Brunswick City Hall pursuant to **O.C.G.A. 36-33-5** within 6 months of injuries to Plaintiff's person and property .

8.      Attached hereto as Exhibit "A" is a copy of original  Plaintiffs Notice of Claim.

## STATUTE OF LIMITATIONS

9.      Pursuant to O.C.G.A. 36-33-5 The running of the statute of limitations shall be suspended during the time that demand for payment is pending before such authorities without action on their part. The City Attorney Brian Corry responded May 6th, 2020 Extending the Statute of Limitations 7 months.

10. Covid 19 has also closed the courts prolonging the criminal portion of this case over 14 months creating a situation for meeting the original 2 year statute deadline.

## QUALIFIED IMMUNITY

11. The Plaintiff will show the city employee's acted intentionally wrongfully And maliciously. Therefore can not use **O.C.G.A. 50-21-25 "Qualified Immunity"** in this case.

## GENERAL ALLIGATIONS

12. On September 18th, 2018 Plaintiff had first contact with Brunswick City Marshal Paul George, after parading plaintiff around in handcuffs for 30 minutes humiliating plaintiff in front of workers and police officers.

Ofc. George threatened in front of several witnesses and on Ofc. George's cell phone camera (George writes he activates in his official report, but there is no record Of any cell phone being downloaded) **" I'm a 110% sure if anything comes across my desk for this business I'll shoot it down".**

13. This began 7 months of harassment, arrests and phone calls, after meeting with The Mayor Cornell Harvey and the Chief of Brunswick Police Kevin Jones and filing a "Citizens complaint", Plaintiff received a letter from Police department stating that the harassment could not be confirmed or denied.

3

14.  Finally the very same day (Friday April 5th, 2019) the Plaintiff finishes all permits and licences from the City of Brunswick Ofc. George and Ofc. Elliot show up to purposely disrupt the Grand Opening verified by Ofc. Elliot's **Official Incident report 19bp10796** Elliot writes **"Clear that the scheduled event was not taking place"** not realizing officers arrived too early, event had not started yet. after committing **O.C.G.A 16-10-20 False statements and writings knowingly and willfully falsifying facts** (verified by official body cams and police reports)to obtain arrest warrants to Plaintiffs grand opening resulting in Plaintiff being incarcerated for 85 days losing his freedom (never been to jail before) losing business and personal belongings.

15.  **All charges have been dismissed for insufficient evidence or unanimously acquitted.**

**Count one: "False statements to law enforcement" Unanimously Acquitted.**

**Count two: "False statements to law enforcement" State dismissed Insufficient evidence.**

**Count three: Distributing Alcohol without license: State dismissed Insufficient evidence.**

# Harassment Time line

## First encounter- Tuesday September 4th, 2018

16.     Ofc. Paul George called Plaintiff's cell phone, said he was at 1603 Albany st.

George stated he and Mr. Lucas could meet to go over city ordinances concerning

Plaintiff's new business,

  Plaintiff and Ofc. George set the next day Wednesday September 5th at

10am.That Wednesday Plaintiff arrived at the theater Ofc. George was a "no call no

show" Plaintiff called and left several messages only to receive a text message that

Friday saying that Ofc. George had court and forgot.

## Incident #1

## Friday September 14th, 2018

17.     Plaintiff and 5 others were working inside the theater at 1603 Albany st. at

about 9pm everyone decided to take a break, Plaintiff was upstairs watching one of

the tvs when Plaintiff was met by Ofc. George placed in handcuffs and walked

downstairs stating "we were not allowed to be in the building. After parading Plaintiff

all around the building while Plaintiff explained what everyone was doing, he finally

removed the handcuffs and in front of everyone stated "I am 110% sure I'm not going

to approve anything that comes across my desk for this building"( Witness

statement attachment "B") Witness's were viewed on various police body cams.

**Incident #2**
**Thursday September 18th, 2018**

18. On or about 10am Plaintiff and 3yr old daughter left the theater, soon

noticed a gold sedan following for approximately 4 miles. Suddenly noticed

police lights, and pulled over Ofc. George stepped up to window and asked

"where are you going?" Plaintiff stated in to town George answered "nope your going

to jail" for suspended license. Plaintiff's previous child's mother had moved to Tenn.

and there was a child support balance in Georgia of $741 Plaintiff had already taken

care of this matter but didn't realize there was a DDS $25 reinstatement fee.That

same day at the advice of an attorney filed a "Citizens complaint" against Ofc.

George.

19. The following Tuesday Plaintiff had made contact with City attorney Brian

Correy at a permit meeting at city hall. Plaintiff Told him his story over Ofc. George.

Mr. Correy had plaintiff screen shot the license reinstatement, **charges were**

**dismissed.**

**Incident #3**

**Saturday September 22nd,2018**

20. A business associate Rico Harrison's 9yr old daughter had passed away due to

cancer, That saturday the 22nd was the funeral and Plaintiff used the theater at 1603

Albany st. to have a "Celebration of life" which included 2 bounce houses starting

directly after the funeral approximately 11am and were winding things down around 9pm following orders of Ofc. George, Officers pulled up and placed Plaintiff under arrest again. Ofc. Furgeson transported Plaintiff to the sheriffs complex, upon arrival Ofc. Furgeson called Ofc. George and stated he had Plaintiff at the detention center "what am I charging him with?" Ofc. George responded with "No certificate of occupancy", "Brown bag" and Ofc. George stated "and for good measure "minimum standard". Ofc .Furgeson hung up the phone and with a bewildered look stated "Mr.Lucas just get an attorney, you'll be out in an hour". After several hours the deputy sheriffs started helping Plaintiff find out why he was still there, one deputy discovered Ofc. George had gone into the computer and listed Plaintiff as a felon and put a hold on his bond.

21.     Sunday September 23rd Ofc. Furgeson returned to duty and saw Plaintiff's name still in the system immediately contacted his shift commander who contacted City Attorney Brian Correy for a judges phone number. Within 2 hours Plaintiff had a bond. It was Ofc. George's intention to embarrass Plaintiff further by having him arrive to court that following Wednesday in a blue jump suit and shackles. **Charges were dismissed.**

22.     Officer George disciplinary records from the beginning of his employment with the Brunswick Police dept. Up to as soon as May 2018,alone show an extensive pattern of misconduct 7 write ups, 3 suspensions mostly for insubordination. One suspension for 25 days and the latest suspension in May of 2018 Ofc. George in

7

his role of City Marshall was ordered to take a class on alcohol licensing and procedures, Items that pertain to his current job duties Ofc. George decided to skip the class and attend Swat training.

Ofc. George was also a member of the corrupted disbanded GBNET.

Ofc. George has a history of doing what he wants when he wants, Doing to the Plaintiff what he has been allowed to do in the past. Committing the offense **Article 1 Bill of rights "No person shall be deprived of life, liberty, or property except by Due Process of Law."** By manipulating the Glynn County detention center computer changing citations to Felonies and placing a hold on Plaintiff's bond. After ofc. Furgeson had already booked Plaintiff.

**September 26th, 2018**

23.    Arrived at arraignment hearing, Plaintiff spoke with Brian Correy once again he advised plaintiff to plead "not guilty" he would handle it. January 7th plaintiff received another summons, plaintiff text messaged Mr. Correy "did I have to go to court?" he answered "I thought these were closed out" (screen shot of text provided) **"Exhibit C"**

**Scheduled meeting with Mayor,
Tuesday December 11th, 2018**

24.    Plaintiff scheduled a 1:30pm meeting with Mayor Cornell Harvey, Plaintiff attended meeting with business associate Rico Harrison. Discussed in detail the harassment of Ofc. George, Mayor Harvey apologized and said he would look into it.

8

George soon after leaves the City Marshals office to become recruiter. Mayor was made aware of Ofc. george and violated his oath of office and failed to protect Plaintiff from the malicious harassment.

**Meeting with city Chief of Police,**
**On or about January 22nd, 2019**

25.    Chief Kevin Jones and the Brunswick City Police Department failed to perform their respective duties and their negligence in this regard was the proximate cause for Plaintiff's loss of freedom and substantial financial loss.

An impromptu meeting outside police station with Chief Kevin Jones, once again discussed harassment from Ofc. George, he stated I go inside and get a formal complaint form. Chief Jones verified our meeting through Ofc.Elliot Police Narrative although misstated facts, Ofc. Elliot writes she spoke with Chief Jones and Jones stated "I met Mr. Lucas a year ago in his office over a complaint" When in fact it was only a few weeks before final incident and Plaintiff has never set foot in Chief Jones Office. Chief Jones had prior knowledge of Ofc. George's disciplinary problems and failed to protect the Plaintiffs's rights.

26.    Chief jones writes letter in December after Ofc. George leaves Brunswick Police Department that Ofc. George is **NOT** rehirable

**Incident #4**
**Saturday February 23rd, 2019**

27.    Plaintiff had decided to run for City Council and was hosting a campaign fundraiser,Brunswick police showed up about 11pm. Plaintiff spoke with them,

Officers entered building looked around and after about 30 mins left. plaintiff showed them

his certificate of occupancy issued by the city and they saw plaintiff wasn't selling alcohol.

Ofc. Wright titled her report " **No Reportable Offense**"

Cpl. Sparks states on body cam 19bp06166d **"I don't see any Alcohol in there"**

and writes in her official report **"witnessed nothing illegal"**

**Incident #5**
**Tuesday February 26th, 2019**

28.      About 3:30pm Plaintiff received a phone call from current City Marshal

M.Elliot stating they were at 1603 Albany st. with a search warrant. Plaintiff asked

what the warrant was for Ofc. Elliot simply stated Mr. Lucas had 20mins to get there

or they would let themselves in, While inside before Plaintiff arrives Ofc. Elliot enters

the private resident portion of the theater and states on her Body cam **"He said**

**gallons, this doesn't look like gallons"** referring to some half used remnant

bottles of alcohol brought over from the original Game Time Burgers when it closed

**( Same alcohol not 2 feet from Ofc.George 6 months prior when Ofc.**

**George placed Plaintiff in handcuffs, not a problem then)**

29.      Plaintiff arrived in 10 mins and officers had already been inside while Ofc.

Elliot was speaking to Mr. Lucas on phone. After speaking with Plaintiff for about 45

mins Ofc. Elliot goes inside ( Body cam reveals fellow Officers informing Ofc. Elliot

nothing showing the distributing of alcohol)

Ofc. Elliot states **" I think I can still what I want to do")** for about 10 mins then comes out and places Plaintiff under arrest for "making Felony false statements" and" selling alcohol without a license" on Saturday February 23rd.

30.     Therefore Officer George committed the offense **O.C.G.A. 16-10-20 knowingly and willingly falsified the affidavit to obtain search warrant.**

Ofc. George was not present on February 24th, 2019 nor is there any evidence of Ofc. George reviewing body cams or subtitles, Ofc. George at this time was a Police recruiter with no business other than harassment to be involved with Plaintiff. There was **o** probable cause for a search warrant.

31.     Therefore Ofc. Elliot committed the offense false statement and writing **O.C.G.A. 16-10-20** purposely concealing facts and ignoring Fellow officers Reports and Body cam footage for Friday February 24 to obtain arrest warrants.

A)  Officer Wright report #19bp06166  Titled **No Reportable Offense** Writes heard Mr.Lucas say he was told by Mr. Brooks city commissioner that he (Mr. Brooks had talked with Chief Jones and communicated to Mr. Lucas "as long as there was no alcohol and took donations. Clearly understanding Plaintiff was basing information off of 3rd party advise and not falsifying any statements, Ofc. Wright verifies her report.

B)     Cpl. Sparks report #19bp06166d was first on scene and Plaintiff let Cpl. Sparks inspect inside of building, Ofc. Sparks wrote **"saw nothing illegal"** Cpl. Sparks body cam footage she states **"I don't see any alcohol in there"**

Cpl. Also states in reference to Mr. Brooks **" You might want to get better advise from people who know what they are talking about"**

32.    If Cpl. Sparks understood Mr. Lucas was basing his decision off of 3rd Party information, she would have never said that about her Chief.

C)    Sgt. Wilson Body cam #19bp06166d is seen explaining to Mr. Lucas who Mr. Brooks is in that he was a Former city councilman, Sgt. Wilson also makes the statement to Mr. Lucas **" looks like you got some bad advise"**

33.    Ofc. Elliot chose to ignore **3** different references to 3rd party advise from Mr. Brooks former city councilman and **5** different explanations that Plaintiff clearly states Mr. Brooks  is the one who supposedly spoke with Chief Jones and still falsified and affidavit to obtain an arrest warrant for Felony False Statements. Ofc. Elliot also chose to ignore Cpl Sparks multiple references to **" No Alcohol** One officer by his own acknowledgment had gone upstairs through 3 closed doors to Plaintiffs private residence and observed the old remnant bottles from 6 months Earlier.  Ofc. Elliot Falsified the affidavit to obtain and arrest warrant for Illegal sales of alcohol.

34.    Search warrant resulted in **no alcohol be seized or even photographed** and **charges were dismissed for insufficient evidence.**

**Incident #6**
**Friday April 5th, 2019**

35.    Officers Elliot and George arrived at Plaintiff's building on the night of the

Grand Opening, to disrupt Mr. Lucas once again. Verified in Ofc. Elliots official Police report stating **" arrived to an event that was not taking place"** Officers had arrived too early.

When Mr. Lucas opens door Ofc. Elliot makes a False statement on Body Cam **" why did you tell me you were not on probation the last time we were here?"** Mr. Lucas denied ever being asked anything like that, after reviewing **All** Body cam footage from February 26th, Ofc. Elliot never asked Mr. Lucas about being on probation therefore committing the offense **O.C.G.A. 16-10-20** knowingly and willfully falsifying a Criminal arrest warrant.

36.     Upon arrival to the Glynn County detention center on or about 45 minutes a Glynn county Deputy called Plaintiff to the desk and informed  Plaintiff the Brunswick police did not follow proper procedure "they" could not hold me on a photo copy of an arrest warrant and would be going home. In Ofc. Elliot and Ofc. George's haste to arrest plaintiff and disrupt the 'Grand Opening' they broke protocol.

<u>**SUBSTANTIAL FINANCIAL LOSS**</u>

| | | |
|---|---|---|
| D) | 1st Month rent and deposit (1603 Albany st) | $7,000 |
| E) | Electric deposit | $ 800 |
| F) | Comcast Business (building monitoring) | $2,450 |
| G) | Alarm system install and monthly maint. Fee | $1,875 |

| H) | 1st arrest bond | | $ 175 |
|---|---|---|---|
| | 2nd arrest bond | | $ 325 |
| | 3rd arrest bond | **All Charges Dismissed** | $ 175 |
| I) | 1st Certificate of occupancy | | $250 |
| J) | 2nd Certificate of occupancy & Business license | | $300 |
| K) | 85 day incarcerated @ 1,000 per day | | $85,000 |
| L) | Towed SUV while incarcerated | | $1,100 |
| M) | Towed and retitled Audi TT Convertible | | $10,000 |
| N) | Lost Business 5 yr lease on theater, Number based on Smaller Game Time Burgers $125,000 per year | | $625,000 |
| O) | Property lost or stolen from Theater while incarcerated | | $6,000 |
| P) | New home rent and deposit | | $1,100 |
| **TOTAL LOSS** | | | **742,550** |

## DAMAGES

37.   Plaintiff is entitled to nominal, compensatory, special and punitive damages in

An amount to be determined by the enlightened conscience of an impartial jury.

38.   Defendants are liable for full value of plaintiff's loss, in an amount to be

Determined by the enlightened conscience of an impartial jury.

39.   Pursuant to the Racketeer and Corrupt Organization Act, Plaintiff is entitled

Treble damages with regards to any compensatory damages.

40.   Plaintiff is entitled punitive damages because of clear and convincing evidence

That defendants actions showed willful misconduct, malice, fraud wantonness,

Oppression, or that entire want of care which would raise the presumption of Conscious indifferent to consequences.

WHEREFORE, Plaintiff prays for the following relief:

a) That summons and process issue and to be served upon the named Defendants;

b) Trial by jury;

c) That Plaintiff be awarded nominal, compensatory, special and punitive Damages in an amount determined by the enlightened conscience of the Jury;

d) Such other further relief as this court deems just and proper.

Respectfully submitted this day _18 Jun 21_

Paul D. Lucas, Pro-se

Paul D.Lucas
434 New Sterling Rd.
Brunswick, GA. 31525
(321)368-3436

A

Paul Lucas
101 Nancy's Cove
Brunswick, Georgia 31525


October 2, 2019


**Hand Delivery**

Hon. Cornell Harvey
Mayor, City of Brunswick, Georgia
City Hall
Brunswick, Georgia

Re:  **Ante Litem Notice of Claim**

Dear Mayor Harvey:

I am presenting this claim to the City of Brunswick pursuant to O.C.G.A. § 36-33-5 regarding injuries to my person and property that occurred beginning April 5, 2019 at about 11:30 p.m. at 1603 Albany Street, Brunswick, Georgia. I do not claim the city employees were negligent but that they acted intentionally wrongfully as set forth below.

On that date employees of the City of Brunswick and its police department came to my residence. The ones whose names I know are Officer George and Officer Elliott. I had previously obtained Officer George's personnel file from the City of Brunswick. He entered my residence converted my file on him and failed to advise in any official documents that he had done so. It had a value of $61. Officer Elliott falsely accused me of making a false statement and arrested me. Thereafter, employees of the City of Brunswick and its police department reported this illegal arrest so that my probation would be revoked. As a result, I was incarcerated in the Chatham County Jail for 85 days. I was released upon going to a court hearing and the prosecutor and Judge agreeing they had no reason to hold me. Not only did I lose my freedom for that 85 days, but I lost my home, business and motor vehicle. I lost as a result of the vehicle of $10,000. My home was rented so I do not claim a dollar figure for that. I did not have a track record yet for my business so I seek general damages for that. I also seek damages, not only for my loss of freedom, but for the stress, mental suffering and humiliation connected therewith. I seek from the City of Brunswick total damages of $1,000,000.

Sincerely,

Paul Lucas

Recivd
Naomi D. Odenson
City Clerk
10/2/2019

81

Statement: Brooke H. Stinson

*B*

The Friday September 14th I was working in 1603 Albany st., I was downstairs cleaning up drywall dust when we all heard a loud knock at the front door. Several officers in what looked like swat gear entered when Rico unlocked the door. who I found out later was Officer George was asking for Mr. Lucas who was upstairs. That same officer (George) returned with Mr. Lucas in handcuffs and was walking him around while Mr.Lucas explained we were working in the building.
About 15 minutes of this and officer George told the other officers they could leave except one of the female officers who were talking to one of the guys girlfriend. Officer George was talking to Mr. Lucas and Rico Harrison and I was about 3 ft away when I heard Officer George say " I'm a 110% sure if anything for this business comes across my desk I'll shoot it down". Then he took Mr. Lucas out of the handcuffs and threatened he could still swear out a warrant for Mr. Lucas's arrest. Then he left.

Sincerely,

Brooke H. Stinson

(912) 269-0269
114 L. Scott Stell Rd.
Savannah, GA. 31419

82

