IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL D. LUCAS )
 )
Plaintiff ) Case No. 2:1-cv-68
 )
 )
 )
V. ) JURY TRIAL DEMANDED
 )
PAUL GEORGE, )
ANJELA ELLIOTT, )
KEVIN JONES, )
In their individual capacities. )
 )
Defendants )

## AMENDED COMPLAINT

COMES NOW Paul D. Lucas, Plaintiff, Per order dated 29 April 2022 to "perfect service" defendants the Amended complaint.

### Officer Paul George

1. On February 25th, 2019 Ofc. George while employed by the Brunswick police dept. committed the offense of **O.C.G.A. 16-10-20** on February 25th, 2019 **Knowingly and Willingly falsified the affidavit to obtain the search warrant.**

Ofc. George was no longer the City Marshal nor was at the February 24 event at 1603 Albany st. other than harassment had no business swearing out a search warrant.

Ofc. George's actions led to a search of 1603 Albany st. which led to fraudulent charges, incarceration and "contact with law enforcement"

1

### Ofc. Anjela Elliott

2. On or about February 25th, 2019 Ofc. Elliott while employed by the Brunswick police dept. committed the offense **O.C.G.A. 16-10-20 False statements and writings**, Ofc Elliot purposely ignored fellow officers reports and body cam footage ( From event on 24th, February 2019)To obtain arrest warrants for Mr. Lucas.

3. On or about April 3rd, 2019 Ofc. Elliot committed the same offense **O.C.G.A. 16-10-20 False Statements and Writings** Ofc. Elliot Knowingly and willfully Falsified a criminal arrest warrant.

Ofc. Elliot charged Mr. Lucas for making a false statement when in fact evidence showed the opposite verified by Ofc. Elliot's own body camera.

4. As a result of Ofc. Elliott's actions of **False arrest and false imprisonment** Mr. Lucas spent 85 days incarcerated and suffered substantial personal injury in the amount of $742,000. All Charges were dismissed or Acquitted.

### Chief Kevin Jones

5. On or about January 22nd, 2019 Mr. Lucas spent approximately 45 mins Discussing the City Marshal's office harassment. Once again Chief Jones did not violate my rights per se however Chief Jones is ultimately responsible for his Police department and its officers.

6. Chief Jones admitted on the stand (June 16th 2021 criminal trial)When asked if He knew me, Chief Jones answered "yes we met over a complaint he had" He also stated "he had no idea his officers took out a search warrant and also commented "they" didn't use the proper forms to obtain the warrant.

7. Chief Jones had prior knowledge to the Plaintiffs harassment and that a formal complaint had been filed against Ofc. George and did nothing, His failure to intervene makes him just as responsible as his officers. His dereliction of duty led to the plaintiffs incarceration and substantial loss.

**WHEREFORE,** Plaintiff prays for the following:

1.) The Brunswick Police department and its officers be held accountable for Plaintiffs substantial loss.

2.) Officer George signed and falsified the affidavit for the February 25th, search warrant and should not be dismissed from this complaint.

Respectfully submitted this Day 27th May 2022

_____
Paul Lucas, Pro-se

Paul D. Lucas
434 New Sterling rd.
Brunswick, GA. 31525
gametimeburgers@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy by

Hand Delivery this day May 23rd 2022

Federal Rule 4(e) "Leaving a Copy" at the individuals dwelling or usual place

Of abode with someone of suitable age and discretion who resides there"

Ofc. Anjela Elliott
138 Turkey pt.
Brunswick, Ga. 31525

Husband refused service, left copy on door ___  ___
Sent certified mail to 138 Turkey Pt. ___  ___

_Mareena Spring_
Mareena Spring, Server

State of Georgia
County of Chatham
Subscribed and sworn to, affirmed, before me on this 23rd day of May, 2022 by Affiant Mareena A Spring

_Patrice L Weidler_ [4]

PATRICE L WEIDLER
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires 08/16/2025

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy by Hand Delivery this day May __16__ 2022

Chief Kevin Jones
Ofc. Paul George
Ofc. Anjela Elliott

_____

_____
Mareena Spring, server

State of Georgia
County of Chatham

Subscribed and sworn to, or affirmed, before me on this __18th__ day of __May__, 2022 by Affiant __Mareena A Spring__

Signature of Notary of Public
_Patrice L Weidler_

PATRICE L WEIDLER
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires 08/16/2025

Page 5



Page 6