# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

PAUL LUCAS,

    Plaintiff,

v.                                       CV 2:21-068

PAUL GEORGE, ANGELA ELLIOT, and
KEVIN JONES, in their
individual capacities,

    Defendants.

## ORDER

    Plaintiff Paul Lucas initiated this action in the Superior Court of Glynn County on June 18, 2021. See Dkt. No. 1-1. On July 19, 2021, Defendants removed the case to this Court. Dkt. No. 1. On November 22, 2021, Plaintiff, pursuant to the Court's Order, filed an amended complaint. Dkt. No. 16. On May 9, 2022, Defendant Paul George, by special appearance, filed a motion to dismiss Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b). Dkt. No. 24. Then, on May 27, 2022, Plaintiff filed a second amended complaint. Dkt. No. 25. For the reasons below, Defendant George's motion to dismiss is **DENIED as moot.**

## **LEGAL STANDARD**

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course within twenty-one days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## **DISCUSSION**

Plaintiff timely filed his second amended complaint as a matter of course pursuant to Rule 15(a)(1)(B). Further, Plaintiff's second amended complaint supersedes the previously filed complaint. Defendant George's motion to dismiss the preceding complaint, dkt. no. 24, has thus been rendered moot by Plaintiff's filing of his second amended complaint. Indeed, Defendant George has already renewed his motion to dismiss as to Plaintiff's second amended complaint. See Dkt. No. 27.

2

**CONCLUSION**

Defendant George's motion to dismiss the amended complaint, dkt. no. 24, is **DENIED as moot.** Defendant George's renewed motion to dismiss, dkt. no. 27, as well as Defendants Elliot and Jones's motion to dismiss, dkt. no. 26, remain pending.

**SO ORDERED**, this 10 day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA